ISIDORE FEDER, Respondent, v. AMBASSADOR HOLDING CORPORATION and SIMON GLUCKSTERN, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK, Appellant, v. NICHOLAS VASSILIOU, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SILVERMAN SCHUTZER, Appellant, v. LOUIS H. SCHUTZER, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE ZUCKER, Appellant, v. NATHAN SCHADER, Respondent.— Judgment reversed and a new trial granted on the ground that a *prima facie* issue of fact as to negligence was made out. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY FISCHMAN and Another v. THE CITY OF NEW YORK.— Preference granted for April 3, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LENA NICHITTA v. THE CITY OF NEW YORK.— Preference granted for April 3, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN and Others.— The appeal must be argued or submitted on April 13, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JESSIE V. SERGEANT v. WILLIAM J. O'SHAUGHNESSY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONVEYOR SALES CO., INC., Respondent, v. ALFRED EICKHOFF, Defendant, Impleaded with CARL SATTLER, FRITZ KLEFFNER and WALTER HEROLD, Appellants.— Order modified as indicated in order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JUDSON L. MILLER and Others, Appellants, v. CALVARY BAPTIST CHURCH, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES C. MOORE, etc., and Others, Respondents, v. 415 CENTRAL PARK WEST CORPORATION and Others, Defendants, Impleaded with LESLIE R. FORT, as Trustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. MILWAUKEE-WESTERN STATE BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE FIRST NATIONAL BANK OF EDGEWATER, N. J., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.